IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 4 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| LARRY JAMES TREAKLE, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § NO. 4:06-CV-611-A |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR, TEXAS DEPARTMENT | § |
| OF CRIMINAL JUSTICE, | § |
| CORRECTIONAL INSTITUTIONS | § |
| DIVISION, | § |
| | § |
| Respondent. | § |

O R D E R

Came on for consideration the above-captioned action wherein Larry J. Treakle is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Indeed, this is petitioner's fifth such petition, which, notably, was filed without the requisite permission from the Fifth Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3).

On September 14, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by October 5, 2006. On October 2, 2006, petitioner filed his written objections. Respondent has not made any further response. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72

of the Federal Rules of Civil Procedure, the court makes a <u>de novo</u> determination of those portions of the proposed findings or recommendations to which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. <u>Battle v. United States Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987).

Petitioner makes no specific objections whatsoever. Rather, his purported objections consist of either incoherent or otherwise irrelevant statements regarding various legal claims, like, for example, the elements of civil fraud.

Therefore,

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, dismissed without prejudice to petitioner's right to file a motion for leave to file a successive petition with the Fifth Circuit.

SIGNED October 4, 2006.

JOHN McBRYDE
United States District Judge

2